**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00409-CV**
_____

**GOOD DEAL TRUCKING, INC. AND THEODORE PUTMAN, Appellants**

**V.**

**MARY GERAC, Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-208,118**
_____

**MEMORANDUM OPINION**

On November 4, 2022, Good Deal Trucking, Inc. and Theodore Putman filed a notice of appeal from an order on a motion for sanctions.[1] We questioned whether the trial court had signed a final judgment for an order that is appealable as an accelerated appeal. Neither party responded to this Court's warning that we would

---

[1]This order was the subject of a separate original proceeding or a writ of mandamus. *See In re Putman*, No. 09-22-00358-CV, 2022 WL 17491736 (Tex. App.—Beaumont Dec. 8, 2022, orig. proceeding) (mem. op.).

dismiss the appeal unless our jurisdiction over the appeal was established. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 11, 2023
Opinion Delivered January 12, 2023

Before Golemon, C.J., Horton and Johnson, JJ.